1  JEREMY J. THOMPSON
   Nevada Bar No. 12503
2  CLARK HILL PLLC
   3800 Howard Hughes Parkway, Suite 500
3  Las Vegas, NV 89169
   Tel: (702) 862-8300
4  Fax: (702) 862-8400
5  Email: jthompson@clarkhill.com
   *Attorney for Defendant*
6  *Equifax Information Services LLC*

7

8                    UNITED STATES DISTRICT COURT
                          DISTRICT OF NEVADA
9

10 ANA MARIA POSTIRNAC, an individual,      )
                                            )   Case No. 2:20-cv-01791-JAD-NJK
11                Plaintiff,                )
                                            )
12 vs.                                      )
                                            )   **ORDER GRANTING JOINT MOTION**
13 EQUIFAX INFORMATION SERVICES LLC, a      )   **FOR EXTENSION OF TIME FOR**
   Foreign Limited-Liability Company; EXPERIAN)  **DEFENDANT EQUIFAX**
14 INFORMATION SOLUTIONS INC., a Foreign    )   **INFORMATION SERVICES LLC TO**
   Corporation; and TRANS UNION LLC, a Foreign) **FILE ANSWER**
15 Limited-Liability Company,               )   **FIRST REQUEST**
                                            )
16                                          )
                  Defendants.               )
17                                          )
                                            )
18

19
        Defendant Equifax Information Services LLC ("Equifax") has requested an extension of
20
   time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has
21
   no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND
22
   AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to
23
   answer, move or otherwise respond to the Complaint in this action is extended from November
24
   24, 2020 through and including **December 24, 2020**.  The additional time to respond to the
25
26 . . .

27 . . .

28 . . .

1  Complaint will facilitate settlement discussions. This stipulation is filed in good faith and not
2  intended to cause delay.
3      Respectfully submitted this 23rd day of November, 2020.

CLARK HILL PLLC

By: /s/*Jeremy J. Thompson*
Jeremy J. Thompson
Nevada Bar No. 12503
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com

*Attorneys for Defendant Equifax Information Services LLC*

***No opposition***

/s/ Erik W. Fox, Esq.
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
Erik W. Fox, Esq.
Nevada Bar No. 8804
COGBURN LAW OFFICES
2508 St. Rose Parkway, Suite 330
Henderson, NV 89074
Phone: (702) 748-7777
FAX: (702) 966-3880
Email: jsc@cogburnlaw.com
Email: efox@cogburnlaw.com

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED:  November 24, 2020

- 2 -