1  JEREMY J. THOMPSON
2  Nevada Bar No. 12503
   CLARK HILL PLLC
3  3800 Howard Hughes Parkway, Suite 500
   Las Vegas, NV 89169
4  Tel: (702) 862-8300
   Fax: (702) 862-8400
5  Email: jthompson@clarkhill.com
   *Attorney for Defendant*
6  *Equifax Information Services LLC*

7

8            **UNITED STATES DISTRICT COURT**
                  **DISTRICT OF NEVADA**
9

10 ANA MARIA POSTIRNAC, an individual,        )   **Case No. 2:20-cv-01791-JAD-NJK**
                                              )
11                       Plaintiff,           )   **ORDER GRANTING JOINT MOTION**
                                              )   **FOR EXTENSION OF TIME FOR**
12 vs.                                        )   **DEFENDANT EQUIFAX**
                                              )   **INFORMATION SERVICES, LLC TO**
13 EQUIFAX INFORMATION SERVICES LLC, a        )   **FILE ANSWER**
   Foreign Limited-Liability Company; EXPERIAN )
14 INFORMATION SOLUTIONS INC., a Foreign      )   **SECOND REQUEST**
   Corporation; and TRANS UNION LLC, a Foreign)
15 Limited-Liability Company,                 )
                                              )
16                                            )
                         Defendants.          )
17                                            )
                                              )
18 ─────────────────────────────────────────── )

19      Defendant Equifax Information Services LLC ("Equifax") has requested an extension of

20 time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has

21 no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND

22 AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to

23 answer, move or otherwise respond to the Complaint in this action is extended from December

24 24, 2020 through and including **January 25, 2021**.  The additional time to respond to the

25 . . .

26 . . .

27 . . .

28

1    Complaint will facilitate settlement discussions.  This stipulation is filed in good faith and not

2    intended to cause delay.

3           Respectfully submitted this 21st day of December, 2020.

4                                          CLARK HILL PLLC

5                                          By: /s/Jeremy J. Thompson
6                                          Jeremy J. Thompson
                                           Nevada Bar No. 12503
7                                          3800 Howard Hughes Pkwy, Suite 500
                                           Las Vegas, NV 89169
8                                          Tel: (702) 862-8300
                                           Fax: (702) 862-8400
9                                          Email: jthompson@clarkhill.com

10
                                           *Attorneys for Defendant Equifax Information*
11                                         *Services LLC*

12                                         **No opposition**

13                                          /s/ Erik W. Fox, Esq.
                                           Jamie S. Cogburn, Esq.
14                                         Nevada Bar No. 8409
15                                         Erik W. Fox, Esq.
                                           Nevada Bar No. 8804
16                                         COGBURN LAW OFFICES
                                           2508 St. Rose Parkway, Suite 330
17                                         Henderson, NV 89074
18                                         Phone: (702) 748-7777
                                           FAX: (702) 966-3880
19                                         Email: jsc@cogburnlaw.com
                                           Email: efox@cogburnlaw.com
20

21                                         *Attorneys for Plaintiff*

22   IT IS SO ORDERED:

23

24   _____
     United States Magistrate Judge
25
     DATED:  December 22, 2020
26

27

28

                                        - 2 -