# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANA MARIA POSTIRNAC,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.<br><br>    Defendants. | Case No. 2:20-cv-01791-JAD-NJK<br><br>**ORDER** |

On March 23, 2021, Plaintiff Ana Maria Postirnac and Defendant Equifax Information Services, LLC ("parties") filed a notice advising the Court that they had reached a settlement and that a stipulation of dismissal would be filed within 60 days. Docket No. 26. To date, the parties have neither filed a stipulation of dismissal nor requested an extension to do so. *See* Docket. Accordingly, the parties are hereby **ORDERED** to file a stipulation of dismissal, no later than May 28, 2021.

IT IS SO ORDERED.

Dated: May 25, 2021

                                                Nancy J. Koppe
                                                United States Magistrate Judge