# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANA MARIA POSTIRNAC,<br><br>　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>　　　Defendants. | Case No. 2:20-cv-01791-JAD-NJK<br><br>**ORDER** |

The Court ordered the parties to file stipulations of dismissal regarding the settlements reached in this case. Docket Nos. 29, 30. Instead, in violation of the Court's orders, the parties filed a status report wherein they appear to request an extension of time to file stipulations of dismissal. Docket No. 31. "A request for a court order must be made by motion." Fed. R. Civ. P. 7(b)(1). The parties are **ORDERED** to file stipulations of dismissal, no later than June 4, 2021.

IT IS SO ORDERED.

Dated: May 28, 2021

　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1