# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANA MARIA POSTIRNAC,<br><br>　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>　　Defendants. | Case No. 2:20-cv-01791-JAD-NJK<br><br>**ORDER**<br><br>[Docket Nos. 34, 35] |

　　Pending before the Court are the parties' motions for additional time to file stipulations of dismissal. Docket Nos. 34, 35. For good cause shown, the Court **GRANTS** the parties' motions. No later than July 7, 2021, the parties must file stipulations of dismissal for all three defendants.

　　IT IS SO ORDERED.

　　Dated: June 7, 2021

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1